**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| In Re:  PHILLIS A RANDLE | § § § § § § § | Case No.: 10-47352 |
| Debtor(s) | | |

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)      The case was filed on 10/22/2010.

2)      This case was confirmed on 01/06/2011.

3)      The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/06/2011.

4)      The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)      The case was converted on 12/08/2011.

6)      Number of months from filing to the last payment:  13

7)      Number of months case was pending:  14

8)      Total value of assets abandoned by court order:  NA

9)      Total value of assets exempted: $      4,410.00

10)    Amount of unsecured claims discharged without payment $       .00

11)    All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $ | 5,163.06 |
| Less amount refunded to debtor | $ | 195.86 |
| **NET RECEIPTS** | $ | 4,967.20 |

**Expenses of Administration:**

| | | |
|---|---|---:|
| Attorney's Fees Paid through the Plan | $ | 3,494.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 262.42 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,756.42 |
| Attorney fees paid and disclosed by debtor | $ | 6.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WORLD FINANCIAL NETW | UNSECURED | 450.00 | 450.09 | 450.09 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,368.00 | 1,368.20 | 1,368.20 | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED | 9,475.00 | 12,075.00 | 12,075.00 | 592.71 | 618.07 |
| NUVELL CREDIT CO LLC | UNSECURED | 10,056.00 | 7,906.64 | 7,906.64 | .00 | .00 |
| 77TH ST DEPOT FEDERA | UNSECURED | 1,596.00 | 1,557.57 | 1,557.57 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 448.00 | 408.78 | 408.78 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,100.00 | 1,182.39 | 1,182.39 | .00 | .00 |
| PHYSIOTHERAPY BK II | UNSECURED | 637.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| STEPHEN G KRATES DO | UNSECURED | 380.00 | 380.52 | 380.52 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 228.00 | NA | NA | .00 | .00 |
| RECONSTRUCTIVE SURGE | UNSECURED | 7,010.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 888.00 | 892.98 | 892.98 | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 452.00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 10,056.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 455.00 | 455.47 | 455.47 | .00 | .00 |
| ISLE OF CAPRI BETTEN | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| BILL | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | NA | NA | NA | .00 | .00 |
| A THOMAS POKELA ATTY | OTHER | NA | NA | NA | .00 | .00 |
| 77TH ST DEPOT FEDERA | SECURED | NA | 38.15 | .00 | .00 | .00 |
| AARONS INC | SECURED | NA | 1,174.78 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS INC | UNSECURED | NA | 719.79 | 719.79 | .00 | .00 |
| AARONS INC | SECURED | NA | 254.55 | .00 | .00 | .00 |
| AARONS INC | UNSECURED | NA | 125.45 | 125.45 | .00 | .00 |
| AARONS INC | SECURED | NA | 932.80 | .00 | .00 | .00 |
| AARONS INC | UNSECURED | NA | 542.94 | 542.94 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|                          | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|--------------------------|-----------------:|------------------:|-------------:|
| **Secured Payments:**    |                  |                   |              |
| Mortgage Ongoing         | .00              | .00               | .00          |
| Mortgage Arrearage       | .00              | .00               | .00          |
| Debt Secured by Vehicle  | 12,075.00        | 592.71            | 618.07       |
| All Other Secured        | .00              | .00               | .00          |
| **TOTAL SECURED:**       | 12,075.00        | 592.71            | 618.07       |
|                          |                  |                   |              |
| **Priority Unsecured Payments:** |          |                   |              |
| Domestic Support Arrearage | .00            | .00               | .00          |
| Domestic Support Ongoing | .00              | .00               | .00          |
| All Other Priority       | .00              | .00               | .00          |
| **TOTAL PRIORITY:**      | .00              | .00               | .00          |
|                          |                  |                   |              |
| **GENERAL UNSECURED PAYMENTS:** | 15,990.82 | .00               | .00          |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $   3,756.42 |
| Disbursements to Creditors | $   1,210.78 |
| **TOTAL DISBURSEMENTS:** | $   4,967.20 |

12)   The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    12/22/2011          /s/ Tom  Vaughn_____
Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**